**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

CRIMINAL ACTION NO. 07-17-DLB-1

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.        <u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

DAVID M. WALKER                                                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. #24) and the United States' Motion to Dismiss the § 2255 petition (Doc. #29). Consistent with local practice, this matter was referred to Magistrate Judge Edward B. Atkins for the purpose of reviewing the motion and preparing a Report and Recommendation (R&R). After reviewing the issues raised by Defendant, the Magistrate Judge's R&R of March 8, 2010 (Doc. #37) recommended that Defendant's Motion to Vacate be denied, and the United States' Motion to Dismiss be granted. Defendant was given an extension of time to file objections to the R&R (Doc. #39) but no objections were filed, and the time to do so has now expired.

Having reviewed the Magistrate Judge's R&R, the Court concurs with his recommended disposition. The R&R should be adopted in full and the motion to vacate should be denied.

Accordingly, **IT IS ORDERED AND ADJUDGED** that:

(1)     the Magistrate Judge's Report and Recommendation (Doc. #37) is hereby

1

**ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Defendant's Motion to Vacate, Set Aside or Correct Sentence (Doc. #24) is hereby **DENIED**;

(3) The United States' Motion to Dismiss Defendant's § 2255 Petition (Doc. #29) is hereby **GRANTED**;

(4) for the reasons set forth in the Magistrate Judge's Report and Recommendation (Doc. #37), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, that no certificate of appealability should issue; and

(5) this matter is hereby **DISMISSED WITH PREJUDICE,** and stricken from the Court's docket.

This 13th day of April, 2010.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\AshCrim\2007\07-17 Order Adopting R&R.wpd